IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Tamara Moore,<br><br>    Plaintiff,<br><br> v.<br><br>Cooper Tire & Rubber Company,<br><br>    Defendant. | Civil Action No.: 2:16-cv-03716-DCN<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

  The above-referenced matter having been settled by and between Plaintiff and Defendant Cooper Tire & Rubber Company, the undersigneds, as attorneys for or on behalf of the parties herein, hereby STIPULATE AS FOLLOWS:

1. The above-captioned lawsuit is hereby dismissed **with prejudice** and forever ended pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.

2. The parties agree that each party will bear his/her/its own costs, expenses and legal fees.

**WE SO STIPULATE:**

s/Ronnie L. Crosby                  January 8, 2018
Ronnie L. Crosby, Federal ID No. 6311
Austin Crosby, Federal ID No. 11536
PETERS, MURDAUGH, PARKER, ELTZROTH & DERRICK
PO Box 457
Hampton, SC 29924
Telephone: (803) 943-2111
Facsimile: (803) 914-2014

*Attorneys for Plaintiff*

| | |
|---|---|
| s/Laura W. Jordan | January 8, 2018 |

John T. Lay, Jr., Fed. I.D. No. 5539
Laura W. Jordan, Fed. I.D. No. 11398
GALLIVAN, WHITE & BOYD, P.A.
1201 Main Street, Suite 1110
Columbia, South Carolina 29201
Telephone:    (803) 779-1833
Facsimile:    (803) 779-1767
jlay@GWBlawfirm.com
ljordan@GWBlawfirm.com

Justin T. McDonald, Esq.
R. Thomas Warburton, Esq.
James Mark Adams, Jr., Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:    (205) 521-8000
Facsimile:    (205) 521-8800
jmcdonald@babc.com
twarburton@babc.com
madams@babc.com

*Attorneys for Cooper Tire & Rubber Company*